UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br><br>NAPOLEON CRUZ,<br><br>    Defendant. | No. CR 06 0168 MHP<br><br>~~[PROPOSED]~~ ORDER FINDING<br>EXCLUDABLE TIME<br>UNDER SPEEDY TRIAL ACT<br>18 U.S.C. § 3161(b); (h)(8)(A)&(B)(iv) |

The parties made their first appearance before this Court on May 1, 2006. The defendant was represented by retained counsel Marcia Silver, and the United States was represented by Assistant United States Attorney Susan Badger. The parties advised the Court that the defendant's first appearance in this district in the above-captioned case took place before Magistrate Judge Larson on April 10, 2006. At that time, the defendant stated that he was in the process of retaining counsel and asked for additional time within which to do so. The defendant was not arraigned on the charges in the indictment and did

[PROP.] ORDER
CR 06 0168 MHP                                             1

not enter a plea. The matter was continued to April 24, 2006 at 9:30 a.m. before Magistrate Larson for identification of counsel and arraignment, and to April 24, 2006 at 10:00 a.m. before this Court for initial appearance. This Court subsequently continued the hearing to May 1, 2006 at 10:00 a.m. As a result, the appearance before the magistrate was also continued to May 1. On May 1, 2006, before proceeding to this Court, the defendant appeared before Magistrate Judge Laporte for identification of retained counsel.

At the May 1 appearance before this Court, the parties jointly requested that the matter be continued to July 3, 2006 at 10:00 a.m. in order that the government could provide discovery, defense counsel and defendant could have reasonable time to review the discovery, and the parties could discuss further proceedings in the case. Government counsel advised that the discovery would constitute approximately one banker's box of documentary materials. The Court granted the parties' motion and continued the matter to July 3, 2006 at 10:00 a.m. for status. Defendant's appearance at that hearing was waived due to the fact that he resides in Las Vegas, Nevada.

The parties also jointly requested that the time from May 1, 2006 to July 3, 2006 be excluded from the time requirements of the Speedy Trial Act, 18 U.S.C. § 3161. Government counsel advised the Court that the case is not complex, as defined under 18 U.S.C. § 3161(h)(8)(B)(ii). However, the discovery is substantial and the charges involve a scheme to defraud and twenty-nine separate wire communications in furtherance of the fraud. Defense counsel also advised that her co-counsel, Stephen Shaiken, will be unavailable for a portion of the time between May 1 and July 3. Accordingly, the defendant requested reasonable time, taking into account due diligence, necessary for review of discovery and case preparation, and to allow for continuity of counsel. The parties asked that the time between May 1, 2006 and July 3, 2006 be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(i) and (ii).

Upon the request of the parties, and for good cause appearing, IT IS HEREBY ORDERED that the time between May 1, 2006 and July 3, 2006 is excluded from the

[PROP.] ORDER
CR 06 0168 MHP                             2

1  time requirements of the Speedy Trial Act in order to provide the defendant continuity of
2  counsel and adequate time for effective preparation, taking into account due diligence.  18
3  U.S.C. § 3161(h)(8)(A) & (B)(iv).

5  IT IS SO ORDERED.

7  May 17, 2006

IT IS SO ORDERED

Judge Marilyn H. Patel

[PROP.] ORDER
CR 06 0168 MHP                              3