UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06 0168 MHP |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER FINDING |
| v. | ) ) | EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT |
| | ) ) | 18 U.S.C. § 3161(b); (h)(8)(A)&(B)(iv) |
| NAPOLEON CRUZ, | ) ) | |
| Defendant. | ) ) ) | |

    The parties made their initial appearance before this Court on May 1, 2006. At that time, the matter was continued to July 3, 2006 at 10:00 a.m. in order that the government could provide discovery, defense counsel and defendant could have reasonable time to review the discovery, and the parties could discuss further proceedings in the case. The Court granted the parties' request for a finding that the time between May 1, 2006 and July 3, 2006 was excluded from the time requirements of the Speedy Trial Act, 18 U.S.C. § 3161 in order to provide the defendant continuity of counsel and

STIP. & [PROP.] ORDER
CR 06 0168 MHP                             1

1  adequate time for effective preparation, taking into account due diligence.  18 U.S.C.
2  § 3161(h)(8)(A) & (B)(iv).
3         By order of the Court, the July 3 hearing has been re-scheduled to July 17, 2006 at
4  10:00 a.m.  The parties have conferred and agreed that it is appropriate to extend the
5  exclusion of time under the Speedy Trial Act to July 17, 2006.  Defense counsel and
6  defendant are in the process of reviewing discovery produced by the government.  Once
7  that review is complete, the parties anticipate engaging in discussions about potential
8  resolution of the matter.  Counsel for the United States will be unavailable for the period
9  between July 10 and July 17, 2006.  In light of all of these circumstances, and the fact that
10 the defendant needs additional time within which to review the discovery, the parties
11 jointly request and stipulate to a finding that the time between July 3 and July 17 is
12 excluded from the time requirements of the Speedy Trial Act.  18 U.S.C. §3161(h)(8)(A)
13 & (B)(iv).
14 IT IS SO STIPULATED.
15 DATED:                                         KEVIN V. RYAN
                                                 United States Attorney
16
                                                        /s/
17                                               SUSAN E. BADGER
                                                 Assistant United States Attorney
18

19                                                      /s/
   DATED:
20                                               STEPHEN SHAIKEN
                                                 Counsel for defendant Napoleon Cruz
21
        Upon the joint stipulation of the parties and for good cause appearing, IT IS
22
   HEREBY ORDERED THAT the time between July 3, 2006 and July 17, 2006 is
23
   excluded from the time requirements of the Speedy Trial Act in order to provide the
24
   defendant adequate time for effective preparation, taking into account due diligence, and
25
   ///
26
   ///
27
   ///
28

STIP. & [PROP.] ORDER
CR 06 0168 MHP                                   2

1 | in order to provide the government continuity of counsel.  18 U.S.C. § 3161(h)(8)(A) &
2 | (B)(iv).

5 | IT IS SO ORDERED.

7 | June 5, 2006



_____
MARILYN HALL PATEL
United States District Judge

STIP. & [PROP.] ORDER
CR 06 0168 MHP                           3