|1
|2
|3
|4
|5
|6
|7
|8
|9
|10
|11
|12
|13
|14
|15
|16
|17
|18
|19
|20
|21
|22
|23
|24
|25
|26
|27
|28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06 0168 MHP |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER FINDING |
| v. | ) ) | EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT |
| | ) ) | 18 U.S.C. § 3161(b); (h)(8)(A)&(B)(iv) |
| NAPOLEON CRUZ, | ) ) | |
| Defendant. | ) ) ) | |

    The parties made their initial appearance before this Court on May 1, 2006. At that time, the matter was continued to July 3, 2006 at 10:00 a.m. in order that the government could provide discovery, defense counsel and defendant could have reasonable time to review the discovery, and the parties could discuss further proceedings in the case. The Court granted the parties' request for a finding that the time between May 1, 2006 and July 3, 2006 be excluded from the time requirements of the Speedy Trial Act, 18 U.S.C. § 3161 in order to provide the defendant continuity of counsel and

STIP. & [PROP.] ORDER
CR 06 0168 MHP                              1

1  adequate time for effective preparation, taking into account due diligence.  18 U.S.C.
2  § 3161(h)(8)(A) & (B)(iv).

3  By order of the Court, the July 3 hearing was re-scheduled to July 17, 2006 at
4  10:00 a.m.  Upon the motion and stipulation of the parties, and good cause appearing, the
5  Court excluded the time between July 3, 2006 and July 17, 2006 from the time
6  requirements of the Speedy Trial Act.

7  The parties appeared before the Court on July 17, 2006, at which time the parties
8  set the following schedule for motions: motions are to be filed by August 28, 2006;
9  responses by September 11, 2006; replies by September 18, 2006; and the motions
10  hearing will be held before this Court at 10:00 a.m. on September 25, 2006.  The
11  defendant indicated that he would be raising discovery motions and a challenge to the
12  face of the indictment.  At that time, the defendant raised motions for discovery of
13  information about the victim.  Because of the unavailability of assigned government
14  counsel, the Court continued hearing on the discovery issues raised by defendant at the
15  July 17 hearing until July 27, 2006 at 10:00 a.m.  Upon the motion of the parties, the
16  Court excluded the time between July 17, 2006 and July 27, 2006 due to the unavailability
17  of government counsel.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

18  The parties appeared before the Court on July 27, 2006 for further hearing on
19  defendant's oral motion for discovery.  In particular, the defendant moved for discovery
20  of the address and phone number of the victim, and for information regarding any prior
21  contacts that the victim or his civil counsel may have had with the FBI before the victim
22  reported the instant crime to the FBI on September 22, 2003.  The Court ordered the
23  government to provide the contact information regarding the defendant, and to provide by
24  August 10, 2006 any information about prior contacts with the FBI.  Upon the motion of
25  the parties, the Court found that the time between July 27, 2006 and compliance with the
26  defendant's discovery motion on August 10, 2006 was excluded from the time
27  requirements of the Speedy Trial Act.  18 U.S.C. § 3161(h)(1)(F).

28  The parties hereby move and stipulate to the following additional exclusions of

STIP. & [PROP.] ORDER
CR 06 0168 MHP                                2

time under the Speedy Trial Act:

First, the parties move for an exclusion of the time between July 27, 2006 and August 28, 2006 in order to provide the defendant adequate time, taking into account due diligence, to prepare motions in the instant case. Defense counsel advises the Court that due to obligations in other cases, as well as some periods of unavailability, such exclusions will provide reasonable time to research and prepare motions, taking into account due diligence.

Second, the parties move for a finding that the time between April 4, 2006, when defendant made his initial appearance in this case before Magistrate Judge James Larson, and May 1, 2006, when the defendant made his first appearance with counsel and was arraigned, is excluded from the time requirements of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(c)(1). At the first appearance on April 4, 2006, the defendant did not have counsel and indicated that he wished time to locate and retain counsel. He was not arraigned on the indictment at that time. Under these circumstances, the parties stipulate that the time provisions of the Speedy Trial Act did not commence until the defendant was arraigned on May 1, 2006.

IT IS SO STIPULATED.

DATED: 8/7/06                                    KEVIN V. RYAN
                                                 United States Attorney

                                                         /s/
                                                 SUSAN E. BADGER
                                                 Assistant United States Attorney

DATED: 8/2/06                                            /s/
                                                 STEPHEN SHAIKEN
                                                 Counsel for defendant Napoleon Cruz

Upon the joint stipulation of the parties and for good cause appearing, IT IS HEREBY ORDERED THAT the time between July 27, 2006 and August 28, 2006 is excluded from the time requirements of the Speedy Trial Act in order to provide the

STIP. & [PROP.] ORDER
CR 06 0168 MHP                         3

1 | defendant adequate time for effective preparation of motions, taking into account due
2 | diligence, and in order to provide the government continuity of counsel. 18 U.S.C. §
3 | 3161(h)(8)(A) & (B)(iv). In addition, the Court finds that the time requirements of the
4 | Speedy Trial Act, 18 U.S.C. § 3161(c)(1) commenced in this case when the defendant
5 | was arraigned in this Court on May 1, 2006.
6 |
7 |
8 | IT IS SO ORDERED.
9 |
10 |
11 |             August 28, 2006

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*

STIP. & [PROP.] ORDER
CR 06 0168 MHP                                  4