UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NAPOLEON CRUZ,<br><br>    Defendant. | No. CR 06 0168 MHP<br><br>STIPULATION AND<br>[PROPOSED] ORDER FINDING<br>EXCLUDABLE TIME<br>UNDER SPEEDY TRIAL ACT<br>18 U.S.C. § 3161 (h)(1)(F) and<br>(8)(A)&(B)(iv) |

The above-captioned case came before the Court on September 25, 2006 for hearing on defendant's motion to dismiss or amend the indictment. Assistant United States Attorney Susan Badger appeared on behalf of the government. Stephen Shaiken and Marcia Silver appeared on behalf of defendant Napoleon Cruz, whose presence was waived by the Court for purposes of hearing on the motion. The Court stated that it was considering defendant's motion, but was not prepared to rule on it. It requested that the government file a bill of particulars in order to more fully describe the e-mails that

STIP. & [PROP.] ORDER
CR 06 0168 MHP                            1

1 constituted certain counts in the indictment. The parties and Court agreed that the
2 government would file its bill of particulars by October 10, 2006 and that the next hearing
3 in the case would take place on October 23, 2006 at 11:00 a.m.
4     The Court has previously found that pursuant to 18 U.S.C. § 3161(h)(1)(F), the
5 time between the filing of the motion to dismiss or amend on August 15, 2006, and the
6 date set for hearing on the motion on September 25, 2006 was excluded from the time
7 requirements of the Speedy Trial Act, 18 U.S.C. § 3161.
8     Because the motion remains under submission and the Court has requested
9 additional information in order to reach a decision on the motion, the parties stipulate that
10 time continues to be excluded between September 25, 2006 and the next hearing on the
11 matter on October 23, 2006. The time is excludable pursuant to 18 U.S.C.
12 § 3161(h)(1)(F), and under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) in order to provide
13 reasonable time for the government to file the bill of particulars, taking into account due
14 diligence.
15 IT IS SO STIPULATED.
16
17 DATED: 10/16/06                      KEVIN V. RYAN
                                          United States Attorney
18
19                                           /s/
                                          SUSAN E. BADGER
20                                           Assistant United States Attorney
21
22 DATED: 10/17/06                      /s/
                                          STEPHEN SHAIKEN
23                                           Counsel for defendant Napoleon Cruz
24     Upon the joint stipulation of the parties and for good cause appearing, IT IS
25 HEREBY ORDERED THAT the time between September 25, 2006 and October 23,
26 2006 is excluded from the time requirements of the Speedy Trial Act due to the fact that
27 defendant's motion to dismiss or to amend the indictment remains under consideration by
28 the Court, and in order to provide reasonable time for effective preparation, taking into

STIP. & [PROP.] ORDER
CR 06 0168 MHP                          2

1  account due diligence.  18 U.S.C. § 3161(h)(1)(F) and (8)(A) & (B)(iv).

3  IT IS SO ORDERED.

5        10/24/2006                _____
6                                         MARILYN
                                       United State



STIP. & [PROP.] ORDER
CR 06 0168 MHP                         3